UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
U.S. FOODSERVICE-CONTRACT DESIGN
A DIVISION OF U.S. FOODSERVICE, INC.

        Plaintiff,

  -against-

HUNT CONSTRUCTION GROUP, INC.
and JOHN DOES NOT 1-2,

        Defendants.
-----------------------------------------------------------X

Case No.
5: 06 CV 218 (NAM/GHL)

JAN - 9 2008

## Stipulation of Dismissal

Plaintiff U.S. Foodservice—Contract Design, A Division of U.S. Fooderivce, Inc. and Defendant Hunt Construction Group, Inc., by their respective counsel, stipulate and agree that this action should be, and is, dismissed with prejudice; each party to bear his and its own costs and expenses.

                                        Respectfully submitted,

| /s/ | /s/ |
|---|---|
| ADAM C. HARRISON | MICHAEL S. MCNAMARA |
| Bar Roll #513766 | Admitted to NDNY, *pro hac vice,* |
| HARRISON LAW GROUP | Bar Roll # 513996 |
| 40 West Chesapeake Avenue | THELEN REID BROWN RAYSMAN & STEINER LLP |
| Suite 600 | |
| Towson, Maryland 21204 | 701 Eighth Street, NW |
| (410) 832-0000 | Washington, DC 20001 |
| (410) 832-9929 – Fax | (202) 508-4155 |
| Counsel for Plaintiffs U.S. Foodservice-Contract Design, A Division of U.S. Foodservice, Inc. | (202) 654-1835 - Fax |
| | Counsel for Defendant, Hunt Construction Group, Inc. |

IT IS SO ORDERED, this 9th day of Jan. 2008.

Norman A. Mordue
Chief United States District Judge

DC #375619 v1